UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Lynda H. Young, et al.

      v.            Civil No. 12-cv-59-JL

CitiMortgage, Inc.

O R D E R

On August 28, 2012, Plaintiffs' Initial Disclosures was filed, Document #19.  Pursuant to Fed. R. Civ. P. 5(d), disclosures under Fed. R. Civ. P. 26(a)(1) and (2) must not be filed until they are used in the proceeding or by court order.  Therefore, Document #19 is herewith ordered to be stricken and removed from the docket.

SO ORDERED.

August 28, 2012              _____
                       Joseph N. Laplante
                       Chief Judge

cc: Allen James Lucas, Esq.
   John A. Houlihan, Esq.
   Joshua William Gardner, Esq.